# EXHIBIT "A"

United States District Court
Eastern District of Pennsylvania (Philadelphia)
CRIMINAL DOCKET FOR CASE #: 2:08-cr-00550-TJS-1

Case title: USA v. PENTA et al

Date Filed: 09/11/2008
Date Terminated: 03/30/2010

Assigned to: HONORABLE TIMOTHY J. SAVAGE

### Defendant (1)

**CHRISTIAN J. PENTA**
*TERMINATED: 03/30/2010*

represented by **GREGORY PAW**
PEPPER & HAMILTON, LLP
3000 TWO LOGAN SQUARE
18TH & ARCH STS.
PHILADELPHIA, PA 19103-2799
215-981-4220
Email: pawg@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**ANNA M. DURBIN**
LAW OFFICES OF ANNA M. DURBIN
50 RITTENHOUSE PLACE
ARDMORE, PA 19096
610-649-8200
Fax: 610-649-8362
Email: anna.durbin@verizon.net
*ATTORNEY TO BE NOTICED*

### Pending Counts

18:1341, 1346, 1349 MAIL FRAUD; 18:2 AIDING AND ABETTING
(1-3)

18:1341, 1346, 1349 MAIL FRAUD; 18:2 AIDING AND ABETTING
(4-5)

### Disposition

IMPRISONMENT: 60 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $600.00;

| | |
|---|---|
| 18:1341, 1346, 1349 MAIL FRAUD; 18:2 AIDING AND ABETTING<br>(7-8) | RESTITUTION: $19,571,000.00 |
| 18:1343, 1346, 1349 WIRE FRAUD; 18:2 AIDING AND ABETTING<br>(12) | IMPRISONMENT: 60 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00 |
| 18:1343, 1346, 1349 WIRE FRAUD; 18:2 AIDING AND ABETTING<br>(13) | |
| 18:1343, 1346, 1349 WIRE FRAUD; 18:2 AIDING AND ABETTING<br>(15-16) | |
| 18:1343, 1343, 1346, 1349 WIRE FRAUD; 18:2 AIDING AND ABETTING<br>(20) | IMPRISONMENT: 60 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00 |
| 26:7206(1) FILING FALSE RETURNS<br>(30-31) | IMPRISONMENT: 36 MONTHS; SUPERVISED RELEASE: 1 YEAR; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

None

**Plaintiff**

USA  represented by **DEREK A. COHEN**
U.S. ATTORNEY'S OFFICE
615 CHESNUT STREET
PHILADELPHIA, PA 19106
215-861-8398
Email: derek.cohen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LOUIS D. LAPPEN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST
SUITE 1250
PHILA, PA 19106
215-861-8551
Fax: 215-861-8618
Email: louis.lappen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2008 | 1 | SEALED INDICTMENT as to CHRISTIAN J. PENTA (1) count(s) 1-5, 7-8, 12-13, 15-16, 20, 30-31, DEBORAH K. RICE (2) count(s) 3, 5, 7-10, 13, 15-19, 22, 24-25, 26-27, JAMES HALL, IV (3) count(s) 1, 7-8, 12, PAUL NEGRONI (4) count(s) 2, 6, 12, 28-29, STEPHEN PORTO (5) count(s) 11, 14, 21, 23. (tjsl, ) (cmc, ). (Entered: 09/11/2008) |
| 09/11/2008 | 2 | MOTION AND ORDER TO SEAL INDICTMENT AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO.. Signed by MAGISTRATE JUDGE ELIZABETH T. HEY on 9/11/08.9/11/08 Entered. (tjsl, ) (cmc, ). (Entered: 09/11/2008) |
| 09/12/2008 | 7 | NOTICE OF ATTORNEY APPEARANCE FILED BY DEREK A. COHEN APPEARING FOR THE USA. (macsl, ) (Entered: 09/12/2008) |
| 11/20/2008 | | ***INDICTMENT UNSEALED as to CHRISTIAN J. PENTA, ET AL. (cmcsl, ) (Entered: 11/20/2008) |
| 11/20/2008 | 8 | Letter from AUSA Unsealing Indictment as to CHRISTIAN J. |

| | | |
|---|---|---|
| | | PENTA, ET AL. (cmcsl) (Entered: 11/20/2008) |
| 11/25/2008 | 9 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance/Arraignment as to CHRISTIAN J. PENTA (1) Counts 1-5,7-8,12-13,15-16,20,30-31 held on 11/24/08. The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order. Plea entered as to CHRISTIAN J. PENTA (1): Not Guilty as to ALL COUNTS. Counsel have 10 days to file pretrial motions. Signed by Judge Timothy R. Rice Court Reporter ESR.(mac, ) (Entered: 11/25/2008) |
| 11/25/2008 | 10 | NOTICE OF ATTORNEY APPEARANCE FILED BY GREGORY PAW appearing for CHRISTIAN J. PENTA. (mac, ) (Entered: 11/25/2008) |
| 11/25/2008 | | O/R Bond Entered as to CHRISTIAN J. PENTA in amount of $ 100,000. (mac, ) (Entered: 11/25/2008) |
| 11/25/2008 | 11 | ORDER SETTING CONDITIONS OF RELEASE AS TO CHRISTIAN J. PENTA (1) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT $100,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 11/24/08.11/25/08 Entered and Copies E-Mailed. (mac, ) (Entered: 11/25/2008) |
| 12/12/2008 | 30 | ORDER AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO THAT A PRETRIAL CONFERENCE WILL BE HELD ON MONDAY, DECEMBER 22, 2008, AT 9:00 A.M., IN COURTROOM 9A. Signed by HONORABLE TIMOTHY J. SAVAGE on 12/12/08.12/12/08 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 12/12/2008) |
| 12/22/2008 | 34 | Minute Entry for proceedings held before HONORABLE TIMOTHY J. SAVAGE: Pretrial Scheduling Conference as to CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO held on 12/22/08. Judge addresses the parties. Counsel addressed the Court. Parties request to declare case complex granted. Motion dates and trial dates set. Order to issue.Court Reporter ESR.(mac, ) (Entered: 12/23/2008) |
| 12/22/2008 | 36 | ORDER AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO THAT THE REQUEST TO DECLARE THE CASE COMPLEX IS GRANTED. THE CASE IS SPECIALLY |

| | | |
|---|---|---|
| | | LISTED FOR TRIAL ON APRIL 2, 2009, AT 9:00 A.M., IN COURTROOM 9A. THE GOVERNMENT SHALL PROVIDE THR DEFENDANTS WITH ALL AVAILABLE DISCOVERY MATERIAL TO WHICH THE DEFENDANTS ARE ENTITLED NO LATER THAN JANUARY 16, 2009. DEFENDANTS SHALL FILE PRETRIAL MOTIONS NO LATER THAN FEBRUARY 16, 2009. THE GOVERNMENT SHALL RESPOND NO LATER THAN MARCH 2, 2009. ON OR BEFORE MARCH 16, 2009, THE PARTIES SHALL FILE MOTIONS IN LIMINE, ALL RESPONSES SHALL BE FILED NO LATER THAN MARCH 23, 2009. THE PARTIES SHALL FILE PROPOSED VOIR DIRE QUESTIONS, JURY INSTRUCTIONS AND VERDICT SLIP BY MARCH 30, 2009. A HEARING ON ALL MOTIONS IN LIMINE, INCLUDING MOTIONS TO SUPPRESS AND ANY NECESSARY STARKS OR DAUBERT HEARING, WILL BE HELD ON MARCH 30, 2009 AT 9:00 A.M. IN COURTROOM 9A.. Signed by HONORABLE TIMOTHY J. SAVAGE on 12/22/08.12/23/08 Entered and Copies E-Mailed. (mac, ) (Entered: 12/23/2008) |
| 12/22/2008 | | ***Terminate Deadlines and Hearings as to CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO: (mac, ) (Entered: 12/23/2008) |
| 01/09/2009 | 40 | MOTION to Have Case Declared Complex *CERTIFICATE OF SERVICE* by USA as to CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO. (LAPPEN, LOUIS) (Entered: 01/09/2009) |
| 02/04/2009 | 41 | ORDER AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO THAT THE GOVERNMENT'S UNOPPOSED MOTION TO HAVE THE CASE DECLARED COMPLEX IS GRANTED. THIS CASE IS CONTINUED BEYOND THE TIME LIMITS ESTABLISHED BY THE SPEEDY TRIAL ACT, AND TRIAL SHALL COMMENCE ON APRIL 2, 2009. Signed by HONORABLE TIMOTHY J. SAVAGE on 2/3/09.2/4/09 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 02/04/2009) |
| 02/04/2009 | 42 | FINDINGS OF FACT SUR MOTION TO DECLARE CASE COMPLEX AS OUTLINED HEREIN AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO. Signed by HONORABLE TIMOTHY J. SAVAGE on 2/3/09.2/4/09 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 02/04/2009) |

| 02/24/2009 | 47 | Minute Entry for proceedings held before HONORABLE TIMOTHY J. SAVAGE: Change of Plea Hearing as to CHRISTIAN J. PENTA held on 2/24/09. Judge addresses the parties. Defendant sworn. Judge conducts colloquy. Factual basis for plea. Plea entered as to CHRISTIAN J. PENTA (1): Guilty Count 4-5,12,20,30-31. Pre-sentence Report Ordered. Sentence date set for May 26, 2009 at 9:00 a.m. Defendant is released on the same amount and conditions of bail previously imposed.Court Reporter Lynn McCloskey.(mac, ) (Entered: 02/24/2009) |
| --- | --- | --- |
| 02/24/2009 | 48 | Plea Document as to CHRISTIAN J. PENTA. (mac, ) (Entered: 02/24/2009) |
| 02/24/2009 | 49 | ORDER AS TO CHRISTIAN J. PENTA THAT SENTENCING IS SET FOR MAY 26, 2009, AT 9:00 A.M., IN COURTROOM 9A, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 2/24/09.2/25/09 Entered and Copies E-Mailed. (mac, ) (Entered: 02/25/2009) |
| 02/25/2009 | 50 | Plea Document as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 02/25/2009) |
| 03/06/2009 | 51 | NOTICE of Lis Pendens by USA *4 D'Amico Court* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 52 | NOTICE of Lis Pendens by USA *6 Olive Avenue* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 53 | NOTICE of Lis Pendens by USA *7 Circle Drive* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 54 | NOTICE of Lis Pendens by USA *45 Mount Holly Avenue* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 55 | NOTICE of Lis Pendens by USA *83 Green Street* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 56 | NOTICE of Lis Pendens by USA *101 Bayberry Court* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | 57 | NOTICE of Lis Pendens by USA *121 Main Street* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: |

| | | |
|---|---|---|
| | | 03/06/2009) |
| 03/06/2009 | <u>58</u> | NOTICE of Lis Pendens by USA *132 Caley Avenue* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | <u>59</u> | NOTICE of Lis Pendens by USA *134 Caley Avenue* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | <u>60</u> | NOTICE of Lis Pendens by USA *203 Evergreen Boulevard* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | <u>61</u> | NOTICE of Lis Pendens by USA *214 Graden Street* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/06/2009 | <u>62</u> | NOTICE of Lis Pendens by USA *402 New York Road* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 03/06/2009) |
| 03/27/2009 | <u>69</u> | NOTICE OF ATTORNEY APPEARANCE ANNA M. DURBIN appearing for CHRISTIAN J. PENTA *for sentencing* (DURBIN, ANNA) (Entered: 03/27/2009) |
| 04/06/2009 | <u>72</u> | Release of Lis Pendens on 214 Garden Street, Mount Holly, NJ as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) Modified on 4/7/2009 (cmc). (Entered: 04/06/2009) |
| 04/09/2009 | <u>73</u> | Release of Lis Pendens by USA *re: 203 Evergreen Boulevard, Browns Mills, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 04/09/2009) |
| 04/17/2009 | <u>74</u> | Release of Lis Pendens by USA as to CHRISTIAN J. PENTA. (cmc) (Entered: 04/20/2009) |
| 04/28/2009 | <u>76</u> | MOTION for Extension of Time to File *Pre-Trial Motions* by JAMES HALL, IV as to CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO, CERTIFICATE OF SERVICE, PROPOSED ORDER. (FLANNERY, ANN) Modified on 4/29/2009 (mac, ). (Entered: 04/28/2009) |
| 04/30/2009 | <u>78</u> | Release of Lis Pendens by USA *re: 402 New York Road* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 04/30/2009) |
| 05/15/2009 | <u>83</u> | Release of Lis Pendens by USA *83 Green Street, Mount Holly, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: |

|            |     |                                                                                                                                                                                                                                                                                                                                 |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 05/15/2009)                                                                                                                                                                                                                                                                                                                     |
| 05/19/2009 | 93  | ORDER AS TO CHRISTIAN J. PENTA THAT THE SENTENCING HEARING SCHEDULED FOR MAY 26, 2009, IS RESCHEDULED FOR JUNE 23, 2009, AT 2:00 P.M. IN COURTROOM 9A, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 5/19/09.5/19/09 Entered and Copies E-Mailed. (mac, ) (Entered: 05/19/2009)                                                  |
| 06/08/2009 | 105 | TRANSCRIPT of Proceedings as to CHRISTIAN J. PENTA, Change of Plea held on 2/24/09, before Judge TIMOTHY J. SAVAGE. (mac, ) (Entered: 06/08/2009)                                                                                                                                                                                |
| 06/09/2009 | 106 | Discharge of Lis Pendens by USA *re: 203 Evergreen Blvd., Browns Mills, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) Modified on 6/10/2009 (fh, ). (Entered: 06/09/2009)                                                                                                                                                         |
| 06/18/2009 | 110 | ORDER AS TO CHRISTIAN J. PENTA THAT THE SENTENCING HEARING SCHEDULE FOR 6/23/09 IS RESCHEDULED TO 9/30/2009 AT 9:30 AM IN COURTROOM 9A BEFORE HONORABLE TIMOTHY J. SAVAGE, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 6/18/09.6/18/09 Entered and Copies E-Mailed. (lisad, ) (Entered: 06/18/2009)                            |
| 06/25/2009 | 125 | Release of Lis Pendens by USA *re: 134 Caley Avenue, Mount Holly, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 06/25/2009)                                                                                                                                                                                             |
| 07/30/2009 | 136 | Release of Lis Pendens by USA *re: 7 Circle Drive, Browns Mills, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 07/30/2009)                                                                                                                                                                                              |
| 08/19/2009 | 142 | ORDER AS TO CHRISTIAN J. PENTA THAT DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IS DENIED. Signed by HONORABLE TIMOTHY J. SAVAGE on 8/19/09.8/19/09 Entered and Copies E-Mailed. (mac, ) (Entered: 08/19/2009)                                                                                                            |
| 09/17/2009 | 150 | ORDER AS TO CHRISTIAN J. PENTA, DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO THAT SENTENCING SCHEDULED FOR SEPTEMBER 30, 2009 IS RESCHEDULED FOR NOVEMBER 23, 2009, AT 9:30 A.M., IN COURTROOM 9A, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 9/17/09.9/18/09 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 09/18/2009) |
| 11/19/2009 | 159 | SENTENCING DOCUMENT as to CHRISTIAN J. PENTA,                                                                                                                                                                                                                                                                                   |

| | | |
|---|---|---|
| | | DEBORAH K. RICE, JAMES HALL, IV, PAUL NEGRONI, STEPHEN PORTO (LAPPEN, LOUIS) Modified on 11/20/2009 (cmc, ). (Entered: 11/19/2009) |
| 11/20/2009 | 164 | SENTENCING DOCUMENT certificate of service as to CHRISTIAN J. PENTA (Attachments: # 1 Text of Proposed Order, # 2 certification of service)(DURBIN, ANNA) (Entered: 11/20/2009) |
| 11/30/2009 | 168 | Minute Entry for proceedings held before HONORABLE TIMOTHY J. SAVAGE: Sentencing held on 11/23/09 for CHRISTIAN J. PENTA. Court addressed the parties. Witnesses called and sworn. Counsel addressed the Court. Sentencing hearing is continued until March 12, 2010.Court Reporter Suzanne White.(mac, ) (Entered: 11/30/2009) |
| 12/23/2009 | 185 | TRANSCRIPT of Proceedings as to CHRISTIAN J. PENTA, Sentencing Hearing held on 11/23/09, before Judge TIMOTHY J. SAVAGE. (mac, ) (Entered: 12/23/2009) |
| 01/06/2010 | 190 | Release of Lis Pendens by USA *re: 101 Bayberry Court, Lumberton, NJ* as to CHRISTIAN J. PENTA (LAPPEN, LOUIS) (Entered: 01/06/2010) |
| 03/09/2010 | 196 | ORDER AS TO CHRISTIAN J. PENTA THAT THE SENTENCING HEARING SCHEDULED FOR MARCH 12, 2010, IS RESCHEDULED FOR MARCH 29, 2010, AT 10:30 A.M., IN COURTROOM 9A, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 3/8/10.3/9/10 Entered. (mac, ) (ke, ). (Entered: 03/09/2010) |
| 03/25/2010 | 198 | SUPPLEMENTAL SENTENCING DOCUMENT AND CERTIFICATE OF SERVICE as to CHRISTIAN J. PENTA (Attachments: # 1 Exhibit Exhibit A)(COHEN, DEREK) (Entered: 03/25/2010) |
| 03/30/2010 | 199 | Minute Entry for proceedings held before HONORABLE TIMOTHY J. SAVAGE: Sentencing held on 3/29/10 for CHRISTIAN J. PENTA (1), Counts 12, 20, 4-5, IMPRISONMENT: 60 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00; Count 30-31, IMPRISONMENT: 36 MONTHS; SUPERVISED RELEASE: 1 YEAR; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00. DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL. DEFENDANT SHALL SELF-SURRENDER TO THE DESIGNATED INSTITUTION NO LATER THAN JULY 1, 2010Court Reporter Suzanne |

| | | White.(mac, ) (Entered: 03/30/2010) |
|---|---|---|
| 03/30/2010 | 200 | JUDGMENT AS TO CHRISTIAN J. PENTA (1), Counts 12, 20, 4-5, IMPRISONMENT: 60 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00; Counts 30-31, IMPRISONMENT: 36 MONTHS; SUPERVISED RELEASE: 1 YEAR; SPECIAL ASSESSMENT: $600.00; RESTITUTION: $19,571,000.00. Signed by HONORABLE TIMOTHY J. SAVAGE on 3/29/10.3/30/10 Entered. (mac, ) (Entered: 03/30/2010) |
| 03/31/2010 | 201 | MOTION *for Forfeiture Money Judgment ( CERTIFICATE OF SERVICE)* by USA as to CHRISTIAN J. PENTA. (LAPPEN, LOUIS) (Entered: 03/31/2010) |
| 04/01/2010 | 202 | ORDER AS TO CHRISTIAN J. PENTA THAT GOVERNMENT'S MOTION FOR FORFEITURE MONEY JUDGMENT IS GRANTED. JUDGMENT IN THE AMOUNT OF $19,571,000.00 IS ENTERED AGAINST THE DEFENDANT, ETC. Signed by HONORABLE TIMOTHY J. SAVAGE on 3/31/10.4/1/10 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 04/01/2010) |
| 04/12/2010 | 203 | Consent MOTION to Amend/Correct 200 Judgment, by CHRISTIAN J. PENTA, CERT. OF SERVICE, (Proposed Order). (DURBIN, ANNA) (Entered: 04/12/2010) |
| 05/19/2010 | 206 | TRANSCRIPT of Proceedings as to CHRISTIAN J. PENTA, Sentencing held on 3/29/10, before Judge Timothy J. Savage. (mac, ) (Entered: 05/19/2010) |
| 09/23/2010 | 207 | ORDER AS TO CHRISTIAN J. PENTA THAT THE UNOPPOSED MOTION TO CORRECT JUDGMENT IS GRANTED. Signed by HONORABLE TIMOTHY J. SAVAGE on 9/23/10.9/23/10 Entered and Copies E-Mailed. (mac, ) (Entered: 09/23/2010) |
| 09/23/2010 | 208 | AMENDED JUDGMENT AS TO CHRISTIAN J. PENTA. Signed by HONORABLE TIMOTHY J. SAVAGE on 9/23/10.9/23/10 Entered. (mac, ) (Entered: 09/23/2010) |

| PACER Service Center |
|---|
| Transaction Receipt |
| |
| |

| 07/06/2011 12:22:21 | | | |
|---|---|---|---|
| **PACER Login:** | sa0183 | **Client Code:** | 999999.99999 |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cr-00550-TJS |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |