IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMICO MUTUAL INSURANCE COMPANY,: | | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.  11-4753 |
| | : | |
| HEFFLER, RADETICH & SAITTA, LLP, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 28th day of January, 2013, upon consideration of Plaintiff's Motion to Compel Production of Documents (Document No. 37, filed October 25, 2012), Memorandum of Defendant Heffler, Radetich & Saitta, L.L.P. in Opposition to Plaintiff's Motion to Compel Production of Documents (Document No. 38, filed November 8, 2012), and Plaintiff's Reply Memorandum in Support of CAMICO Mutual Insurance Company's Motion to Compel (Document No. 41, filed November 26, 2012), for the reasons set forth in the Memorandum dated January 28, 2013, **IT IS ORDERED** Plaintiff's Motion to Compel Production of Documents is **DENIED**.

                                      BY THE COURT:

                                       /s/ Hon. Jan E. Dubois
                                      **JAN E. DUBOIS, J.**