IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMICO MUTUAL INSURANCE COMPANY,**: | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  11-4753 |
| | : | |
| **HEFFLER, RADETICH & SAITTA, LLP,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 29th day of July, 2013, upon consideration of the Joint Report Regarding Plaintiff's Entitlement to Damages (Document No. 53, filed July 11, 2013), the Supplemental Joint Report Regarding Plaintiff's Entitlement to Damages (Document No. 54, filed July 19, 2013), and CAMICO Mutual Insurance Company's Report Regarding Plaintiff's Entitlement to Damages (Document No. 56, filed July 25, 2013), **IT IS ORDERED** as follows:

1.  The Court **AWARDS** CAMICO Mutual Insurance Co. the sum of $87,531.76.[1]

2.  Judgment is **ENTERED IN FAVOR** of plaintiff CAMICO Mutual Insurance Co., and **AGAINST** defendant Heffler, Radetich & Saitta, L.L.P., in the amount of $87,531.76.

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall **MARK** the case **CLOSED**.

The Court's ruling is based on the following:

1.  By Order dated June 27, 2013, the Court granted CAMICO's Motion for Summary Judgment as to three counts in the Amended Complaint and denied Heffler's Cross-Motion for Partial Summary Judgment. The Court determined that CAMICO has "no further duty to defend

---

[1] This amount includes $66,913.46 for litigation costs on behalf of Heffler in the Oetting litigation, and $20,618.30 for fees incurred during the intervention in the Missouri class action.

or indemnify defendant . . . in the underlying action in this Court, <u>Oetting v. Heffler</u>. . . . Plaintiff is entitled to recover from defendant those expenses in excess of the $100,000 sub-limit, incurred by plaintiff in the <u>Oetting</u> action on or after July 6, 2011 . . . . " (Order, at 2.)

2. The parties were ordered to meet and confer in an effort to reach agreement on the amount of damages owed to CAMICO by Heffler. The parties then submitted two joint reports (Document Nos. 53 and 54) concerning their positions on CAMICO's entitlement to damages. In those reports, the parties agreed that CAMICO incurred $66,913.46 in litigation costs in excess of the $100,000 sub-limit after July 6, 2011, on behalf of Heffler in the <u>Oetting</u> action. The parties further agreed that CAMICO is entitled to recover those costs pursuant to the Court's Order of June 27, 2013. Accordingly, the Court awards CAMICO $66,913.46.

3. In addition, the parties agreed that CAMICO incurred $20,618.30 in attorney's fees on behalf of Heffler "in seeking to intervene in the Missouri class action in order to prevent distribution of the remaining class funds on a *cy pres* basis." (Report, at 1.) CAMICO states that these expenditures resulted from Heffler's request that "CAMICO fund the effort to intervene so that such funds could be preserved and used to maximize the recovery for the <u>Oetting</u> plaintiffs, thus minimizing Heffler's exposure in the <u>Oetting</u> litigation," and that such expenses were incurred after July 6, 2011. (Supp. Report, at 2; CAMICO Report, at 1.)

4. The Court finds that the attorney's fees in the amount of $20,618.30 were incurred by CAMICO after July 6, 2011, in connection with the <u>Oetting</u> action. Thus, the Court awards CAMICO $20,618.30.

5. In total, the Court awards CAMICO $87,531.76, in fees and costs incurred in the Oetting action.  Judgment is entered in favor of CAMICO and against Heffler in that amount.

                **BY THE COURT:**

                 s/ Jan E. DuBois
                   **DuBOIS, JAN E., J.**